# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 22, 2015

*Before*

**Diane P. Wood,** *Chief Judge*
**Richard D. Cudahy,** *Circuit Judge*
**Diane S. Sykes,** *Circuit Judge*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff-Appellee,<br><br>Nos. 14-3500 and 14-3521    v.<br><br>DOUGLAS A. MCCLAIN, SR. and<br>DOUGLAS A. MCCLAIN, JR.,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No 1:11-cv-05223<br>]<br>] Elaine E. Bucklo, *Judge.*<br>] |

O R D E R

On consideration of the papers filed in this consolidated appeal and review of the short records,

IT IS ORDERED that these appeals are DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

The district court did not enter a Rule 58 judgment in the present case, and for good reason. Some claims remain pending in this case. In an Order dated October 10,

- over -

Nos. 14-3500 and 14-3521                                                                                             Page 2


2014, the district court states, in part, that it granted "partial" summary judgment as to some of plaintiff's claims against Douglas McClain, Sr. and Douglas McClain, Jr. The court has not determined what remedies should be imposed against these defendants. Further, some of plaintiff's claims have not been resolved. A trial is scheduled for June 15, 2015, to resolve these matters. As such, these appeals are premature.